THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MORRIS CLAYMAN, Appellant.— Appeal by defendant from a judgment of the County Court, Suffolk County, rendered January 29, 1960, after a jury trial, convicting him on two counts of receiving stolen goods, as a felony (Penal Law, § 1308, subd. 1, par. a), and sentencing him to serve one and one-half to five years on the

first count, and suspending sentence on the second count. Judgment affirmed. No opinion. Beldock, Acting P. J., Ughetta, Kleinfeld, Pette and Brennan, JJ., concur.